Genevieve Joseph, Administratrix of the Estate of Theresa Ann Joseph, Deceased, Plaintiff-Appellant, v. Willard Mauerman and Francis Short, Defendants-Appellees.

Gen. No. 11,623.   (Abstract of Decision.)

Second District, First Division.

August 9, 1962.

Rehearing denied September 6, 1962.

Cassidy & Cassidy, of Peoria, for appellant; Heyl, Royster & Voelker, of Peoria, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.